**Judge Hellerstein**

**07 CV 3238**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CAROLYN A. GRAY,

                                Plaintiff,

      -against-

1199SEIU UNITED HEALTHCARE WORKERS EAST,

                                Defendant.
-----------------------------------------------------------------X

07 CIV. _____ ( )

**RULE 7.1 STATEMENT**

APR 23 2007

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held: None.

Dated: New York, New York
       April 23, 2007

                                      LEVY RATNER, P.C.

                                      By: _____
                                           César F. Rosado (CR 3813)
                                           Attorneys for Defendant 1199SEIU
                                             United Healthcare Workers East