UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAROLYN A. GRAY

                                     Plaintiff,

           -against-                     Case No. 07 Civ. 3238 (AKH) (GBG)

1199SEIU, UNITED HEALTHCARE WORKERS
EAST,

                                    Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

### AFFIDAVIT OF SERVICE BY OVERNIGHT MAIL

     I, RICHARD STORM, being duly sworn state the following:

     I am not a party to this action, am over 18 years of age and reside at New York, New York.

     On the 23rd of April 2007, I served the within Civil Cover Sheet, Notice of Petition of Removal of State Court Action, Petition for Removal of State Court Action, Rule 7. 1 Statement, Individual Rules of Hon. Alvin K. Hellerstein, Individual Practices of Magistrate Judge Gabriel W. Gorenstein, Instructions for Filing and Electronic Case, Procedures for Electronic Case Filing, and Guidelines for Electronic Case Filing by dispatching true copies by overnight delivery (FEDEX tracking number 8499 8582 9291) to the following person at their last known address set forth after their name below:

                                     Carolyn A. Gray
                                     2360 First Avenue, Apt. 16H
                                     New York, NY  10035

                                                          *Richard Storm*
                                                          RICHARD STORM

Sworn to before me this
23rd day of April 2007

_____
      NOTARY PUBLIC

{Worldox Files\1199\001\01\07030995.DOC}

                                      REGINA FORGIONE
                                Notary Public, State of New York
                                   No. 01FO5010153
                                Qualified in Nassau County
                                Commission Expires 03/29/20 11