James S. Frank (JF-5389)
James D. Williams, Jr. (JW-4838)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York  10177
(212) 351-4500
Attorneys for Defendant The New York and Presbyterian Hospital

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| CAROLYN A GRAY, | |
| Plaintiff, | 07-CV-3238 (AKH) (GWG) |
| – against – | |
| LOCAL UNION 1199, COLUMBIA PRESBYTERIAN MEDICAL CTR., AND NEW YORK PRESBYTERIAN OF COLUMBIA AND CORNELL, | **RULE 7.1 STATEMENT** |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for defendant The New York and Presbyterian Hospital erroneously sued herein as "Columbia Presbyterian Medical Center and New York Presbyterian Hospital of Columbia and Cornell" state that it is a New York not-for-profit corporation and it does not have any publicly traded stock.

Dated: April 30, 2007
       New York, New York

                                  EPSTEIN BECKER & GREEN, P.C.

                                  By:  /s/ James S. Frank
                                        James S. Frank (JF-5389)
                                        James D. Williams, Jr. (JW-4838)
                                  250 Park Avenue
                                  New York, NY  10177
                                  (212) 351-4500
                                  Attorneys for Defendant

NY:1797783v1