James D. Williams, Jr. (JW – 4838)
EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY  10177
(212) 351-4500
Attorneys for Defendant
The New York and Presbyterian Hospital

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| CAROLYN A. GRAY, | : | 07-CV-3238 (AKH) (GWG) |
| Plaintiff, | : | |
| | : | |
| - against - | : | |
| | : | **NOTICE OF APPEARANCE** |
| LOCAL UNION 1199, COLUMBIA | : | |
| PRESBYTERIAN MEDICAL CTR., AND | : | |
| NEW YORK PRESBYTERIAN OF | : | |
| COLUMBIA AND CORNELL | : | Original Filed by ECF |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned enters an appearance as counsel for defendant The New York and Presbyterian Hospital erroneously identified as "Columbia Presbyterian Medical Center and New York Presbyterian of Columbia and Cornell," in the above-captioned action.  Please serve all papers related to this action upon the undersigned.

Dated: April 30, 2007
         New York, New York

                                            EPSTEIN BECKER & GREEN, P.C.


                                            By:   /s/ James D. Williams, Jr.
                                                  James D. Williams, Jr. (JW-4838)
                                                  250 Park Avenue
                                                  New York, New York  10177-1211
                                                  (212) 351-4500
                                                  Attorneys for Defendant The New York and
                                                  Presbyterian Hospital

NY:1800649v1