UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAROLYN A. GRAY,

                              Plaintiff,

      -against-                        Case No. 07-CV-3238

LOCAL UNION 1199,
COLUMBIA PRESBYTERIAN MEDICAL CTR.,
AND NEW YORK PRESBYTERIAN OF COLUMBIA
AND CORNELL,

                              Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK   )
                         ) ss.:
COUNTY OF NEW YORK  )

## AFFIDAVIT OF SERVICE

I, JOHN OTTO SOLÍS, being duly sworn state the following:

I am not a party to this action, am over 18 years of age and reside at Brooklyn, New York.

On the 25th of April, 2007, I served the within Amended Notice by dispatching a true copy by overnight delivery to each of the following persons at the last known address set forth after each name below:

    Carolyn A. Gray
    2360 First Avenue Apt. 16H
    New York, NY 10035
    (Fedex Tracking No. 7902 3311 1921)

{Worldox Files\1199\117\04\07031397.DOC}

James Stuart Frank, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177-1211
(Fedex Tracking No. 7902 3311 4806)

_____
JOHN OTTO SOLIS

Sworn to before me this
25th day of April, 2007

_____
NOTARY PUBLIC

REGINA FORGIONE
Notary Public, State of New York
No. 01FO5010153
Qualified in Nassau County
Commission Expires 03/29/20 11