# LEVY RATNER, P.C.
Attorneys at Law
80 Eighth Avenue
New York, New York 10011-5126

Telephone (212) 627-8100
Telecopier (212) 627-8182

Richard A. Levy
Daniel J. Ratner
Daniel Engelstein
Gwynne A. Wilcox •
Pamela Jeffrey
Owen M. Rumelt •
Kevin Finnegan
Carl J. Levine
David Slutsky ◊
Allyson L. Belovin
Suzanne Hepner ✦

Ezekiel D. Cordero °
César F. Rosado ▲
Dana E. Lossia ▼
Sara D. Newman •
Susan J. Cameron ▪

Senior Counsel:
Richard Dorn
Jennifer J. Middleton °
Paul Schachter □
Denise Reinhardt ▪

Counsel:
Anthony DiCaprio
Michael Steven Smith
David P. Horowitz †



April 30, 2007

*[Handwritten: An extension to June 4, 2007 is granted. 5-1-07 A.K. Hellerstein]*

**BY FACSIMILE**

Hon. Alvin K. Hellerstein
Southern District of New York
Room 1050
United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    Gray v. Local Union 1199 et al.
             Case No. 07-CV-3238 (AKH) (GWG)

Dear Judge Hellerstein:

      This office represents Defendant Local Union 1199, correctly named 1199SEIU United Healthcare Workers East ("1199SEIU" or "Union"), in the above-captioned matter. I write to request an extension of time to answer or otherwise move with respect to the Complaint.

      By Amended Notice of Petition, 1199SEIU removed this action from state court on April 26, 2007. Under Rule 81(c) of the Federal Rules of Civil Procedure, the Defendants in this matter, 1199SEIU and Columbia Presbyterian Medical Center and New York Presbyterian Hospital of Columbia and Cornell ("the Hospital") have five (5) days from the date of removal, or until May 3, 2007, to answer the Plaintiff's complaint. 1199SEIU requests until June 4, 2007 to answer or otherwise move with respect to the Complaint.

      James Frank, of Epstein Becker & Green, attorney for the Hospital, consented to this request for an extension of time and will be making a similar request. However, Carolyn Gray, the Pro-Se Plaintiff, did not consent to the extension of time because she believes that the case is still pending before the small claims court, despite its removal.

{Worldox Files\1199\002\04\07031914.DOC}

° Admitted in NY, MA and DC    * Admitted in NY, NJ and PA    ▪ Admitted in NY and DC    ▲ Admitted in NY and NJ    • Admitted in NY and CT
◊ Admitted in NY and CA    ✦ Admitted in NY and PR    ▼ Admitted in NY, NJ and CA    ▪ Admitted in NJ only    □ Admitted in NY, NJ and PR    † Admitted in NY and MA

LEVY RATNER, P.C.

Hon. Alvin K. Hellerstein
April 30, 2007
Page 2

     The extension requested herein is necessary due to the very short amount of time that 1199SEIU has to answer in this matter and the necessary investigation required to assess the Plaintiff's claim. This is 1199SEIU's first request for an extension of time in this matter.

                                     Respectfully yours,

                                     Levy Ratner, P.C.

                                   César F. Rosado
                                   Attorneys for 1199SEIU United
                                        Healthcare Workers East
                                   80 8th Ave.
                                   New York, NY 10011
                                   212-627-8100
                                   fax 212-627-8182

CFR:jos
Enclosures
cc:    Hon. Gabriel W. Gorenstein (by facsimile)
       Carolyn A. Gray (by Federal Express)
       James S. Frank, Esq. (by facsimile)

{Worldox Files\1199\002\04\07031914.DOC}