UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CAROLYN A. GRAY,

                                        Plaintiff,

                    -against-

LOCAL UNION 1199,
COLUMBIA PRESBYTERIAN MEDICAL CTR.,
AND NEW YORK PRESBYTERIAN OF COLUMBIA
AND CORNELL,

                                        Defendants.
-------------------------------------------------------------------X

**AFFIRMATION OF
CÉSAR F. ROSADO**

07-CV-3238 (AKH) (GWG)

**ECF CASE**

I, César F. Rosado, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an associate of Levy Ratner, P.C., counsel for Defendant, 1199SEIU United

Healthcare Workers East ("Union" or "1199SEIU). I make this affirmation in support of

1199SEIU's Motion to Dismiss or, in the Alternative, for Summary Judgment.

2.      On or about March 30, 2007 the Plaintiff *pro se* in this matter, Carolyn Gray, filed

a complaint against the 1199SEIU and New York Presbyterian Hospital ("Employer" or

"Hospital") in the Civil Court of the City of New York, Small Claims Part, that stated, "Notice of

Claim. The Claimant asks Judgment in this court for $3,000 together with interest and

disbursements, on the following claim: Action to recover monies arising out of money owed to

me from upgrading in emergency room. Date of occurrence: 05-01-2002." Copies of the

Complaint are attached hereto as Exhibits "A-C."

3.      On or about April 23, 2007, 1199SEIU, by its attorneys, removed the Plaintiff's

case to this Court.

4.      On or about May 30, 2007, I received a copy of a handwritten letter of the

{Worldox Files\1199\029\04\07035639.DOC}

Plaintiff dated "5/ /07" to Judge Hellerstein explaining her Complaint, together with other documents. In the letter, the Plaintiff alleges that the Union failed to represent her in connection to a wage increase given by the Hospital "to each worker that was upgraded except [to her]." Copy of the 5/ /07 letter of Gray to Judge Hellerstein and accompanying documents are attached hereto as Exhibit "D."

5.    In her 5/ /07 letter, the Plaintiff included a letter from the Hospital that shows that the Plaintiff was an ER tech until April 7, 2002 and received any and all monies owed to her while she was an ER tech. See Exhibit "D," letter of May 21, 2003 of the Hospital to Gray.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    June 4, 2007
          New York, New York

César F. Rosado (CR3813)

**EXHIBIT A**

# NOTICE OF CLAIM and SUMMONS TO APPEAR

**NOTICE TO DEFENDANT**

**This is the start of a lawsuit against you. It should not be ignored. Your defalut may have serious consequences.**

**YOU MUST BRING THIS NOTICE WITH YOU EACH TIME YOU APPEAR IN COURT ON THIS CASE.**

## SUMMONS TO APPEAR

This claim is scheduled for a Hearing to be held in the Courtroom:

170 East 121 Street, 3rd Floor
New York, New York 10035

On Thursday, April 26, 2007 at 6:00 pm

YOU MUST APPEAR to present your defense at the Hearing. If you wish, you may retain the services of an attorney. IF YOU FAIL TO APPEAR, JUDGMENT WILL BE ENTERED AGAINST YOU BY DEFAULT. If you have a good reason for being unable to present your defense, only the Judge presiding at the Hearing can grant you an adjournment to another date or time.

DATED: March 20, 2007

CHIEF CLERK    JACK BAER

| | |
|---|---|
| **CASE TYPE SMALL CLAIM** | CAROLYN A GRAY **CLAIMANT** |
| SMALL CLAIM, DAY 4/26 | 2360 FIRST AVE APT 15H<br>NEW YORK, NY 10035 |
| **INDEX NUMBER** | UNION LOCAL 1199 **DEFENDANT** |
| SCH<br>192/2007-3 | 310 WEST 43RD STR<br>NEW YORK, NY 10036-- |

A Guide to Small Claims Court is available at the court listed above

ESTA INFORMACIÓN ESTÁ DISPONIBLE EN ESPAÑOL EN LA CORTE

---

CIVIL COURT OF THE CITY OF NEW YORK
SMALL CLAIMS PART
170 EAST 121ST STREET
NEW YORK, NY 10035-3523

1. Article addressed to:

2. Article Number
7178 6518 8010 2070 8971

## NOTICE OF CLAIM

The Claimant asks Judgment in this court for _____, together with interest and disbursements, on the following claim:

CIV-SC-55 Face (1/03)



UNITED STATES POSTAGE

PITNEY BOWES

$ 04.640

02 1A
0004315046    APR 03 2007
MAILED FROM ZIP CODE 1003

CERTIFIED MAIL

7178 8578 8010 2070 8471

RETURN RECEIPT REQUESTED.

CIVIL COURT
OF THE CITY
OF NEW YORK
SMALL CLAIMS
111EAST 161 STREET
NEW YORK NY 00D-301

SCH
192/2007-3

UNION LOCAL 1199
310 WEST 43RD STR
NEW YORK, NY 100036-

## PROOF OF CLAIM

If your defense is supported by a written contract or agreement, account books, receipts, itemized bills marked "Paid," cancelled checks, etc., you must produce them at the Hearing. If you rely on estimates for the future cost of repair, service or replacement, two different written itemized and signed estimates of the costs to be incurred are required. If possible, merchandise that is in dispute should be brought to court. Photographs may be an acceptable alternative in certain circumstances.

If you have a witness, he/she must be in court with you at the time and place indicated on this notice. You may have to pay an expert witness for his or her time. If a witness is unwilling to provide you with required evidence or to appear voluntarily, you may request the Clerk to issue a Subpoena for Records and/or a Subpoena to Testify, to compel someone to produce the records or to actually appear and testify. Subpoenas are issued by the Court without fee, but you will be required to pay a fee to the person on whom the Subpoena is served. Your request for subpoenas must be made to the Clerk before the scheduled date of the Hearing.

## REQUEST FOR ADJOURNMENT (CHANGE OF TIME OR DATE OF HEARING)

Proceedings are normally scheduled in the evening unless special circumstances warrant that the Clerk schedule the case for a daytime Hearing.

If the Hearing is scheduled for the evening and this time would cause an "unreasonable hardship" for you, you or your representative should appear at the scheduled time and request that the action be re-scheduled for a daytime Hearing.

Only a Judge can grant an adjournment. The Clerk cannot grant any change in the scheduled date or time.

## RESULT OF NON-APPEARANCE (DEFAULT)

If you, the Defendant, fail to appear for a trial an Inquest may be held. At the Inquest, the Claimant must prove his/her case to the satisfaction of the Arbitrator even though the Defendant is not present. Almost all Inquests will result in a Judgment in favor of the Claimant.

If the Claimant (the person who is suing) fails to appear, the case will generally be Dismissed.

## DEFENDANTS WHO ARE CORPORATIONS OR VOLUNTARY ASSOCIATIONS

Corporation defendants may appear by an attorney or by any authorized officer, director or employee of the corporation. See CPLR § 321 and CCA § 1809 (2). Voluntary Associations must appear by attorney.

[Bring this sheet with you at the time you come to Court]

ESTA INFORMACION ESTA DISPONIBLE EN ESPANOL EN LA CORTE

CIV-SC-55 (4/03)

## THIS IS THE START OF A LAWSUIT AGAINST YOU. THE INFORMATION PROVIDED WILL ASSIST YOU IN DEFENSE OF THE LAWSUIT

### BEFORE THE HEARING

If this case involves damage to an automobile or other property covered by insurance, notify your insurance company of this Hearing. The insurance companies will often assign an attorney representative to be present at the Hearing at no cost to you if they are made aware of the case by the policy-holder.

### COUNTERCLAIM AND THIRD-PARTY CLAIMS

If you have a claim against the Claimant, you may bring a "Counterclaim" as part of this lawsuit, for money only, up to $3,000. Within five (5) days of receiving this Notice of Claim you should file a statement containing such Counterclaim with the Court. At the time you file such Counterclaim you must pay the Clerk a filing fee of $3.00 plus the cost of postage. The Clerk will send the notice of your Counterclaim by First Class mail to the Claimant. The Counterclaim must include the amount of your claim and an explanation of the nature of your claim. You should be prepared to prove your Counterclaim on the day you come to Court for the Hearing.

If you fail to file the Counterclaim within the five (5) day period mentioned above, the law provides you with the right, nevertheless, to file your Counterclaim with the Clerk at least five (5) days before the scheduled hearing date. You may also give notice of your Counterclaim to the Court at the time of the Hearing. If you present your Counterclaim at this time, the Claimant may request and obtain an adjournment (postponement) of the hearing to a later date.

If you believe that a third party bears full or partial responsibility for the claim, you may be able to bring that party into the lawsuit as a "Third Party Defendant." Contact the Clerk promptly for information about filing a "third-party action."

### JURY TRIAL

If you desire a jury, you must, at least one day before the day upon which you have been notified to appear, file with the Clerk of the Court a written demand for a trial by jury. At that time, you will have to make an affidavit specifying the issues of fact which you desire to have tried by a jury and stating that such trial is desired and demanded in good faith. You will have to pay a jury fee and also file an undertaking (a deposit in cash) to secure the payment of any costs that may be awarded against you. Under the law the court may award additional costs to the Claimant if you demand a jury trial and a verdict is rendered against you.

### DEMAND LETTER

If this case is a "Consumer Transaction," you should have received a letter from the Claimant demanding payment, 10 days to 6 months prior to your receipt of this Notice of Claim. If you did not get such a letter, notify the Court at the time of your appearance.

### SETTLEMENT

If you admit the claim:

a) and you are able to work out a settlement with the Claimant, a written agreement (Stipulation of Settlement) should be filed with the Court. This may be done on or before the date set for the Hearing. The document provided to the Court must include the SC number of your case, and the year.

b) but desire more time to pay and the Claimant is not willing to accept your plan for payment you must appear personally on the date set for the Hearing, tell the Court that you desire time to pay, and provide your reason(s) for desiring time to pay. At that time, with the aid of the Court, you may be able to reach agreement with the Claimant and enter into a written Stipulation of Settlement.

If neither side appears in court on the date scheduled for the Hearing, the case will be marked "DISMISSED. No Appearance Either Side."

CIV-SC-55 Reverse (Revised 4-03)

## JUDGES AND ARBITRATORS

The Judge can only try a limited number of cases at each Court session. Most Trials are held before Arbitrators who are volunteer attorneys with at least five years of experience and thoroughly knowledgeable in the law.

The decision of a Judge is subject to appeal. No appeal of an Arbitrator's decision is permitted because there is no official court transcript of Hearings held before Arbitrators.

## INSTRUCTIONS FOR ANSWERING THE CALENDAR CALL

IF YOU ARE NOT READY TO HAVE YOUR CASE HEARD BY AN ARBITRATOR    ANSWER: YOUR NAME, READY

IF YOU WANT TO CHANGE THE AMOUNT OR TO ADD A COUNTERCLAIM    ANSWER: YOUR NAME, APPLICATION

IF YOU ARE NOT WILLING TO HAVE YOUR CASE HEARD BY
AN ARBITRATOR AND WANT THE CASE TO BE HEARD BY THE JUDGE    ANSWER: YOUR NAME, READY IN THE CITY

IF IT IS NOT POSSIBLE THAT YOU WILL HAVE TO RETURN FOR TRIAL ON ANOTHER DATE.

## RESULTS OF THIS ACTION

If a judgment is recovered against you, the law gives the Claimant certain rights to collect the judgment:

* If you do not pay the judgment within thirty (30) days, the Marshal or Sheriff may execute against your property. This means that the Marshal or Sheriff can seize certain of your property and sell it to satisfy the judgment. The Claimant can compel you to come into court and be examined under oath as to your property, bank account and other assets, and may obtain a restraining order tying up your bank account.

* If you work, the Marshal or Sheriff may take a portion of your salary and turn it over to the claimant until the judgment is paid.

* If the claim was based on your ownership or operation of a motor vehicle, your driver's license and/or vehicle registration may be suspended.

* If you are licensed by any City or State agency, a complaint may be filed against you for non-payment of the judgment, and your license may be revoked or suspended.

Whenever a judgment has been rendered against a person, partnership, firm or corporation in other than its true legal name and that judgment has remained unpaid for thirty-five days after the judgment debtor has received a copy of the judgment, the judgment creditor shall be entitled to commence an action for the sum of the original judgment plus costs, reasonable attorney fees, and one hundred dollars ($100.00).

If you wish you may pick up a copy of the informational booklet, "A Guide to Small Claims" or "A Guide to Commercial Claims" at the Clerk's Office.

CIV- ...55 Insert Reverse (Revised 4/03)

**EXHIBIT B**

CIVIL COURT OF THE CITY OF NEW YORK
SMALL CLAIMS PART
111 CENTRE STREET
NEW YORK, NY 10013-4333

COLUMBIA PRESBYTERIAN MEDICAL
CTR.
622 WEST 168 ST
NEW YORK, NY 10032-

7178 8518 8010 2070 8957

# NOTICE OF CLAIM and SUMMONS T

**NOTICE TO DEFENDANT**
**This is the start of a lawsuit against you. It should not be ignored. Your default may have serious**
**YOU MUST BRING THIS NOTICE WITH YOU EACH TIME YOU APPEAR IN COURT.**

This claim is scheduled for a Hearing to be held in the Courtro...

SUMMONS TO APPEAR

170 East 171 Street, 3rd Floor
New York, New York 10035

On Thursday, April 26, 2007 at 2:00 pm

You, or someone authorized to represent you, must appear and present your defense at the Hearing. If you wish, you ma...
of an attorney to represent you at your own expense. IF YOU FAIL TO APPEAR, JUDGMENT WILL BE ENTERED AGAINST YO...
BY DEFAULT. EVEN THOUGH YOU MAY HAVE A VALID DEFENSE. Only the Judge presiding at the Hearing can gra...
adjournment. The Clerk cannot grant any change in the scheduled date or time.

DATED March 30, 2007                                    CHIEF CLERK    JACK BAER

CASE TYPE:SMALL CLAIM
SMALL CLAIM, DAY
4/26

INDEX NUMBER
SCH
1927/2007-1

## NOTICE OF CLAIM

The Claimant asks judgment in the principal sum of $3000.00
together with interest and disbursements, on the following claim:

ACTION TO RECOVER MONIES ARISING OUT
OF MONEY OWED TO ME FROM UPGRADING IN
EMERGENCY ROOM.      DATE OF OCCURRENCE:
05-01-2006

A Guide to Small Claims Court is
available at the court listed above

ESTA INFORMACIÓN ESTÁ DISPONIBLE EN ESPAÑOL EN LA CORTE

CLAIMANT

CAROLYN GRAY
2360 FIRST AVENUE 16H
NEW YORK, NY 10035-

DEFENDANT

COLUMBIA PRESBYTERIAN MEDICAL CTR.
622 WEST 168 ST
NEW YORK, NY 10032-

**EXHIBIT C**

**NOTICE TO DEFENDANT** | **NOTICE OF CLAIM and SUMMONS TO APPEAR**

This is the start of a lawsuit against you. It should not be ignored. Your default may have serious consequences. **YOU MUST BRING THIS NOTICE WITH YOU EACH TIME YOU APPEAR IN COURT ON THIS CASE.**

SUMMONS TO APPEAR          This claim is scheduled for a Hearing to be held in the Courtroom:

170 East 121 Street, 3rd Floor
New York, New York 10035
On Thursday, April 26, 2007 at 2:00 pm

You, or someone authorized to represent you, must appear and present your defense at the Hearing. If you wish, you may retain the services of an attorney to represent you at your own expense. IF YOU FAIL TO APPEAR, JUDGMENT WILL BE ENTERED AGAINST YOU BY DEFAULT. EVEN THOUGH YOU MAY HAVE A VALID DEFENSE. Only the Judge presiding at the Hearing can grant an adjournment. The Clerk cannot grant any change in the scheduled date or time.

DATED March 30, 2007          CHIEF CLERK     JACK BAER

CASE TYPE:SMALL CLAIM
SMALL CLAIM, DAY          CLAIMANT
4/26
                          CAROLYN A GRAY
INDEX NUMBER              2360 FIRST AVENUE 16H
SCH                       NEW YORK, NY 10035-
192/2007-2
                                    DEFENDANT
                          NEW YORK PRESBYTERIAN OF COLUMBIA
                          AND CORNELL
                          622 WEST 168 ST
                          NEW YORK, NY 10032-

A Guide to Small Claims Court is
available at the court listed above

ESTA INFORMACION ESTÁ DISPONIBLE EN ESPAÑOL EN LA CORTE

---

CIVIL COURT OF THE CITY OF NEW YORK
SMALL CLAIMS PART
170 EAST 121 STREET
NEW YORK, NY 10035-4051
          SCH 192/2007-2
NEW YORK PRESBYTERIAN OF
COLUMBIA
AND CORNELL
622 WEST 168 ST
NEW YORK, NY 10032-

7178 8518 8010 2070 8964

NOTICE OF CLAIM

The Claimant asks Judgment in this Court for:     3000.00
together with interest and disbursements, on the following claim:

ACTION TO RECOVER MONIES ARISING OUT
OF MONEY OWED TO ME FROM UPGRADING IN
EMERGENCY ROOM.  DATE OF OCCURRENCE:
05-01-2002

EXHIBIT D

Case no 07CV3238
(ARH)

(1)

Your Honorable Judge Hellerstein,
My name is Carolyn Gray.
I am a 65 year old Grandmother,
& mother of 5 Children. I am also
newly retired from Columbia Presbyterian
eleven months ago. While working
in the emergency room, I was offered
an up Grading Program, I took it
and was Grade a Certificate, also a
Change of name from nurse aid to
emergency room technicion; also a lump
sum of money $3000. dollars was given
to each worker who was up graded
except for me. I inquired about
my money and was told by Ms
Kathy White who worked in
human resources that a mistake
was made in the Computer I
should get my $3000. shortly see
a Mr Leroy Simmons. Asking him
about the money, he had no answer
for me, he said he didn't know
why I didn't get paid, maybe
its because you moved to another unit.
He was very annoyed as I questioned
him. I decided to seek help from my
union deligates Mr Tiney Howell &
Mr Zorando Wilson. Both men
were hostile toward me and very
intimadating toward me.    OVER →

(2)

Getting no where with them, I went to the leader of local 1199, Mr Denais Rivera to his manhatten office, One of many trips I was told many times he was in a meeting, just stepped out of his office or he's not seeing anyone today, he's on vacation, I was told by his Secretary to leave the letter with her. I also mailed him letters. Not one time did Mr Rivera acknowledge the fact, I'd been to his office, sent letters to him, left letters at his office. not a phone call from him or a letter Nothing stating he would help me. Honorable Judge Hellerstein I am a hard worker, most emergency room work is done while standing, I've worked to long & to hard to just let other people take money from me that is rightfully mine. See attached letter to Mr. Dennis Rivera.

Sincerly

I am Pro se

Carolyn Gray
2360 First Ave
New York City
Zip 10035   Aqt 16-H
New Number 13472658125

*CASE NO 07CV3238*
*(AKH)*

# NewYork-Presbyterian
The University Hospitals of Columbia and Cornell

Columbia Presbyterian Medical Center
622 West 168th Street
New York, NY 10032
Tel 212 305-2500

May 21, 2003

*The ANSwer I Received From
HumaN    ResourceS*
*↓*

Carolyn Gray
2360 1st Avenue, 16 H
New York, NY 10035

Dear Carolyn:

This letter is to inform you that an investigation was conducted on your behalf.

You stated that when you worked in the Emergency Room from 3/12/90 through 4/7/02, you should have been upgraded from a Sr. Nursing Attendant to an Emergency Room Technician as per an agreement signed by the Hospital and the Union in November, 1994.

After reviewing your files, it was determined that although your title in the system was never changed, you were upgraded in salary to that of an Emergency Room Technician. Therefore, there are no monies owed to you. However, your title will be corrected in the system for the time you worked as an Emergency Room Technician.

If you have any further questions, please feel free to contact me at (212) 305-1837.

Sincerely,

Stacie M. Williams
Manager, Human Resources

cc: employee file

*CASE NO   07CV3238*

*Letter To Mr Dennis Rivera*
*(AKH)*

Dennis Rivera
Local Union 1199
310 West 43rd St.
New York, NY  10036-6977

Dear Mr. Rivera,

My name is Carolyn Gray, I have been a member of Union 1199 for over 14 years and I am presently employed at Columbia Presbyterian Hospital.

I am writing you because I am owed back pay for two years. I have attempted to get this money owed me but to no avail. The money that is owed me is approximately three thousand dollars ($3000.00); this amount was given to all employees that worked in the emergency room unit in 2002. The specific title of those who received funds was Emergency Room Technician.

I worked in the emergency room for 13 years and I took a course offered by Columbia Presbyterian Hospital, which certified me as an emergency room technician. The Department of Education, Standards and Research Department of Emergency Services offered the course in October 1996 and it was instructor was Mrs. Meg Barry. I completed and passed the course and was issued a Certificate of completion on December 28, 1996. See the attached.

The completion of the course enabled me to be upgraded from nurse's aid to Emergency Room Technician. I contracted Ms. Cathy White, in human resources, regarding the back pay and she assured me the problem would be resolved. Ms. White said that the mistake was made because the computer had me listed incorrectly I was listed as a nurse's aid and I should have been listed as an emergency room technician. In the interim she referred me to Mr. Leroy Simmons who informed me I was not entitled to the funds because I transferred to another unit. When I told him about the case of another employee who also transfer to another unit but still received the funds he made no comment. In addition to Mr. Simmons I spoke to Mr. Fernando Wilson who informed me that what ever decision Mr. Simmons made he would concur. I also sought help from Tony Howell, Joyce Neal and Stacy Williams, but they have not gotten back to me nor have they filed a grievance on my behalf.

Mr. Rivera I would appreciate it very much if you would help me resolve this problem, I have spoken to a number of unit delegates but they not been any help to me.

Thank you in advance
Carolyn Gray

c/ Steve Kramer, Betty Hughly
   Leroy Simmons, Fernando Wilson,
   Joyce Neal, Tony Howell
   Stacy Williams

*Carolyn Gray*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------X
CAROLYN GRAY                          :
                                      :
            -against-                 :        NOTICE OF APPEARANCE
                                      :
Local Union 1199 Columbia Presbyterian:        07 Civ. 3238 (AKH)
            Medical Ctr + New York    :        07 CV-3238
            Presbyterian of Columbia  :
            + Cornell                 :
------------------------------------X
```

Please take notice that the undersigned  *Carolyn Gray*
                                          ---------------------
                                          Plaintiff/Defendant

hereby appears Pro se in the above captioned matter and that all
future correspondence and papers in connection with this action are
to be directed to the undersigned.


Dated:    _5 / 17 / 07_
          New York, New York


                              _Carolyn Gray_
                              Signature
                              _2360 First Ave_
                              Address
                              _New York City 10035 #16-H_
                              City, State  Zip Code
                              _212 4274696_
                              Telephone Number

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

CAROLYN GRAY

        -against-    Columbia Presbyterian    **AFFIRMATION OF SERVICE**

Local Union 1199/medical ctr New York    07 Civ 3238 (AKH

        Presbyterian of Columbia
        & Cornell

I, Carolyn Gray , declare under penalty of perjury

that I have served a copy of the attached To Epstein Becker & Green P.C.

Attorney at Law Location 250 PARK AVE New York 10177-12

upon Also Levy Ratner P.C. Attorneys At Law

whose address is 80 Eighth Ave New York City 10011-5126

_____

_____

DATED: 5/22/07 , New York    Carolyn Gray

_____ , 2007      Signature

        2360 First Ave

        Address

        New York City 10035

        City, State & Zip Code

        #16-H

Docket No 07C3238(AKH)

## DEPARTMENT OF EDUCATION, STANDARDS AND RESEARCH
## DEPARTMENT OF EMERGENCY SERVICES

The Presbyterian Hospital in the City of New York
622 West 168th Street
New York, NY 10032

# Certificate of Completion

This certifies that

_Carolyn Gray_

has satisfactorily completed

## ER Tech Program

_December 28, 1996_
Date

Authorizer's Signature

Brenda Merritt MD
Authorizer's Signature