UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CAROLYN A. GRAY,

                                        Plaintiff,

            -against-

LOCAL UNION 1199,
COLUMBIA PRESBYTERIAN MEDICAL CTR.,
AND NEW YORK PRESBYTERIAN OF COLUMBIA
AND CORNELL,

                                      Defendants.
-------------------------------------------------------------------X

**AFFIDAVIT OF JOYCELYN NEIL IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Case No. 07-CV-3238 (AKH) (GWG)

**ECF CASE**

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

    JOYCELYN NEIL, being duly sworn, deposes and says:

1. My name is Joycelyn Neil, am over the age of 18 and reside at 909 Horizon Drive, Strausberg, PA 18360.

2. I have been employed by Defendant 1199SEIU United Healthcare Workers East ("1199SEIU" or "Union"), as an organizer since August 13, 1990. Thereafter, I became Vice President of the Health Systems 3 Division of 1199SEIU on January 1, 2000.

3. My duties as Vice President of the Health Systems 3 Division of 1199SEIU include supervising a team of organizers who are on staff at the Union, servicing the employees employed at institutions where 1199SEIU is the collective bargaining representative, including New York Presbyterian Hospital ("Hospital" or the "Employer"), the co-Defendant in this matter, negotiating collective bargaining agreements between the Union and employers and assisting in processing grievances.

4. 1199SEIU and the League of Voluntary Hospitals and Homes of New York, of which the Hospital is a member, are parties to the current collective bargaining agreement and have been parties to prior successive collective bargaining agreements for more than thirty (30) years.

5. Upon information and belief, Carolyn Gray, the Plaintiff in this matter, was hired by the Hospital as a senior nursing attendant on March 12, 1990. On or about November, 1994, she became an emergency room tech ("ER tech") at the Hospital. Thereafter, on April 8, 2002, she became an Intensive Care Unit tech ("ICU tech") at the Hospital.

6. Upon information and belief, throughout her employment at the Hospital, the Plaintiff was in job positions covered by the League Agreement.

7. Upon information and belief, Gray retired from employment at the Hospital on June 3, 2006 and has not been covered by the League Agreement since she retired.

JOYCELYN NEIL

Sworn to before me this
4th day of June of 2007

NOTARY PUBLIC

DAVID M. SLUTSKY
Notary Public, State of New York
No. 02SL6046167
Qualified in New York County
Commission Expires 09/18/20__