UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAROLYN A. GRAY,

                                        Plaintiff,      Case No. 07-CV-3238 (AKH)
                                                                   (GWG)
            -against-                                    **ECF Case**

LOCAL UNION 1199,
COLUMBIA PRESBYTERIAN MEDICAL CTR.,
AND NEW YORK PRESBYTERIAN OF COLUMBIA
AND CORNELL,

                                        Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

### AFFIDAVIT OF SERVICE BY OVERNIGHT AND FIRST-CLASS MAIL

    I, JANE D. YOUNG, being duly sworn state the following:

    I am not a party to this action, am over 18 years of age and reside at Brooklyn, New York. On the 4th of June, 2007, I served the within Notice of Motion to Dismiss or in the Alternative, for Summary Judgment, Notice to *pro se* Litigant Who Opposes Motion to Dismiss, Memorandum of Law in Support of 1199SEIU's Motion to Dismiss Pursuant to Rule 12(b)(6) or, in the Alternative, for Summary Judgment Pursuant to Rule 56(c), Affidavit of Joycelyn Neil in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment, and Affirmation of César Rosado with Exhibits by dispatching a true copy by overnight mail to each of the following persons at the last known address set forth after each name below:

Corporation Counsel, City of New York
Attn: Michelle Goldberg-Cahn
100 Church Street, Room 5-158
New York, NY 10007
Fax: (212) 791-9714

NYC Department of Buildings
Attn: Patricia J. Lancaster, FAIA
280 Broadway, 7th Floor

New York, NY 10007
Fax: (212) 566-5575

NYC Department of Buildings
Attn: Christopher M. Santulli, P.E.
280 Broadway, 3rd Floor
New York, NY 10007
Fax: (212) 566-5575

{Worldox Files\1199\002\04\07035771.DOC}

Carolyn A. Gray
2360 First Ave., Apt. 16H
New York, NY 10035
(FedEx Tracking No. 7986 8947 9736)

_____
JANE D. YOUNG

Sworn to before me this
4th day of June, 2007

_____
NOTARY PUBLIC

REGINA FORGIONE
Notary Public, State of New York
No. 01FO5010153
Qualified in Nassau County
Commission Expires 03/29/20 11