UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CAROLYN A. GRAY,

                                            Plaintiff,

            -against-                           Case No. 07-CV-3238 (AKH)
                                                           (GWG)
LOCAL UNION 1199,                                **ECF Case**
COLUMBIA PRESBYTERIAN MEDICAL CTR.,
AND NEW YORK PRESBYTERIAN OF COLUMBIA
AND CORNELL,

                                            Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK  )

### AFFIDAVIT OF SERVICE BY OVERNIGHT AND FIRST CLASS MAIL

    I, JANE D. YOUNG, being duly sworn state the following:

    I am not a party to this action, am over 18 years of age and reside at Brooklyn, New York. On the 4th of June, 2007, I served the within Notice of Motion to Dismiss or in the Alternative, for Summary Judgment, Notice to *pro se* Litigant Who Opposes Motion to Dismiss, Memorandum of Law in Support of 1199SEIU's Motion to Dismiss Pursuant to Rule 12(b)(6) or, in the Alternative, for Summary Judgment Pursuant to Rule 56(c), Affidavit of Joycelyn Neil in Support of Motion to Dismiss or, in the Alternative, for Summary Judgment, Affirmation of César Rosado with Exhibits, and Rule 56.1 Statement by dispatching a true copy by overnight mail to each of the following persons at the last known address set forth after each name below:

    James Williams, Esq.
    Epstein, Becker & Green, P.C.
    250 Park Avenue
    New York, NY 10177-1211
    (FedEx Tracking No. 7991 5220 5907)

and by dispatching a true copy by overnight mail and first class mail to each of the following persons at the last known address set forth after each name below:

Carolyn A. Gray
2360 First Ave., Apt. 16H
New York, NY 10035
(FedEx Tracking No. 7986 8947 9736)

_____
JANE D. YOUNG

Sworn to before me this
4th day of June, 2007

_____
NOTARY PUBLIC

REGINA FORGIONE
Notary Public, State of New York
No. 01FO5010153
Qualified in Nassau County
Commission Expires 03/29/20 11