UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CAROLYN A. GRAY,

                Plaintiff,

   -against-

1199SEIU UNITED HEALTHCARE
WORKERS EAST, COLUMBIA
PRESBYTERIAN MEDICAL CTR.,
NEW YORK PRESBYTERIAN OF
COLUMBIA AND CORNELL,

                Defendants.
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/07

**ORDER REDESIGNATING CASE
TO NON-ECF STATUS**

07 Civ. 3238 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff, having filed this action electronically through her attorney and in accordance with this Court's Procedures For Electronic Case Filing, has now advised the Court that she intends to proceed *pro se*. It is hereby ordered that this action be exempt from electronic case filing and that all future filings be made in the traditional manner according to the rules of this Court. In other words, counsel shall submit documents to the Cashier's Office and Plaintiff, Carolyn A. Gray, who is appearing pro se, shall submit documents to the Pro Se Office. All parties are advised that service of all future documents should be made in the traditional manner according to the rules of this Court – by mail or personal service.

      SO ORDERED.

Dated:    June 6, 2007
              New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge