MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/08

Honorable Gabriel W. Gorenstein      09-03-08

My Name is Samuel, Montero #895-06-01117 I am writing because the Matter at hand. Case, Montero v. Gianikos, et al., 07 CV 3228 (VM)(GWG) This Case is before your court... I am asking for the Court and yourself to give me more time, until I could have an Attorney assigned to this Matter...

This Case need someone who know about Civil Procedure. (Something I lack) This matter is not about money, its about the officers being held accountable for their actions...

RECEIVED
SEP — —
GABRIEL W. GORENSTEIN
U.S.M.J.

very yours truly

X _____
09-05-08

Samuel, Montero
#895-06-01117
0909 Hazen Street
East Elmhurst N.Y.
11370

---

This case has been pending for over a year and should not be delayed further without some actual expectation that counsel will appear. To the extent this letter is meant to be an application to the Court to request appointment of counsel, the Court has considered the application in light of Cooper v. A. Sargenti Co., 877 F.2d 170 (2d Cir. 1989), and denies it because the record to date does not show that plaintiff's claim is likely to be of sufficient substance. The Court will seek the appointment of counsel without further request by plaintiff if future review of this matter demonstrates that the appointment of counsel is warranted.

SO ORDERED   DATE 9/16/2008
_____
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE